1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  J. MARK KANG (NYBN 4033999)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7050
7     Facsimile: (415) 436-7234
      E-Mail: Mark.Kang@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. CR 12-0692 RS
                                        )
15         Plaintiff,                   )
                                        )
16         v.                           )    STIPULATION AND [PROPOSED]
    ALFREDO PEREZ,                      )    ORDER EXCLUDING TIME UNDER 18
17       a/k/a Alfredo Perez Garin,     )    U.S.C. § 3161
         a/k/a Antonio Garin Ramirez,   )
18       a/k/a Alfredo Perez Barin,     )
                                        )
19         Defendant.                   )
                                        )
20  _____ )

21

22         On October 16, 2012, the parties in this case appeared before the Court.  At that time, the

23  Court set the matter to October 30, 2012.  The parties have agreed to exclude the period of time

24  between October 16, 2012 and October 30, 2012 from any time limits applicable under 18 U.S.C.

25  § 3161.  The parties represented that granting the exclusion would allow the reasonable time

26  necessary for effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties

27  also agree that the ends of justice served by granting such an exclusion of time outweigh the best

28  interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0692 RS

1   At the hearing, the Court made findings consistent with this agreement.  SO STIPULATED:

2

3
                                    MELINDA HAAG
4                                    United States Attorney

5

6   DATED: October 30, 2012              _____/s/_____
                                    J. MARK KANG
7                                    Special Assistant United States Attorney

8

9   DATED:  October 30, 2012              _____/s/_____
                                    EDWARD HU
10                                    Attorney for ALFREDO PEREZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0692 RS

1

[~~PROPOSED~~] ORDER

2        For the reasons stated above and at the October 16, 2012 hearing, the Court finds that the

3    exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 16,

4    2012 and October 30, 2012 is warranted and that the ends of justice served by the continuance

5    outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.

6    §3161(h)(7)(A).  Denying the requested exclusion of time would deprive the parties of the

7    reasonable time necessary for effective preparation, taking into account the exercise of due

8    diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

9

10        IT IS SO ORDERED.

11

12    DATED:  10/30/12 _____

_____
13                                              THE HONORABLE RICHARD SEEBORG
                                              United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0692 RS