1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  J. MARK KANG (NYBN 4033999)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7050
7     Facsimile: (415) 436-7234
      E-Mail: Mark.Kang@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. CR 12-0692 RS
                                        )
15            Plaintiff,                )
                                        )
16        v.                            )    STIPULATION AND [PROPOSED]
    ALFREDO PEREZ,                      )    ORDER EXCLUDING TIME UNDER 18
17       a/k/a Alfredo Perez Garin,     )    U.S.C. § 3161
         a/k/a Antonio Garin Ramirez,   )
18       a/k/a Alfredo Perez Barin,     )
                                        )
19            Defendant.                )
                                        )
20  _____

21

22        On October 30, 2012, the parties in this case appeared before the Court.  At that time, the

23  Court set the matter to November 27, 2012.  The parties have agreed to exclude the period of

24  time between October 30, 2012 and November 27, 2012 from any time limits applicable under 18

25  U.S.C. § 3161.  The parties represented that granting the exclusion would allow the reasonable

26  time necessary for effective preparation of counsel and for the continuity of counsel.  *See* 18

27  U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting

28  such an exclusion of time outweigh the best interests of the public and the defendant in a speedy

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0692 RS

1  trial.  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this

2  agreement.  SO STIPULATED:

3

4                                                  MELINDA HAAG
                                                   United States Attorney

5

6  DATED: October 31, 2012                    _____/s/_____
                                                   J. MARK KANG

7                                                  Special Assistant United States Attorney

8

9  DATED:  October 31, 2012                   _____/s/_____
                                                   EDWARD HU

10                                                 Attorney for ALFREDO PEREZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0692 RS

[~~PROPOSED~~] ORDER

For the reasons stated above and at the October 30, 2012 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 30, 2012 and November 27, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).  Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).


IT IS SO ORDERED.


DATED: 11/26/12 _____

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0692 RS